# Intended Notice Recipients – Method of Notice

District/Off: 0209–2　　　　User: lisal　　　　Date Created: 10/13/2006
Case: 2–05–20222–JCN　　Form ID: pdfattch　　Total: 6

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
| | | |
|---|---|---|
| tr | Warren H. Heilbronner | whh@boylanbrown.com, ny70@ecfcbis.com |
| ust | Kathleen Schmitt, 11 | USTPRegion02.RO.ECF@USDOJ.GOV |
| aust | Kathleen Schmitt, 11 | USTPRegion02.RO.ECF@USDOJ.GOV |
| aty | David L. Rasmussen | drasmussen@lacykatzen.com |
| aty | George A. Schell, Jr. | georgejr@schelllaw.com, gschellj@rochester.rr.com |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
| | | | |
|---|---|---|---|
| db | Shannon Catalano | 280 Collingwood Drive | Rochester, NY 14621 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1